IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DIANE M. RADNIECKI,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>　　　　　Defendant. | 4:13CV3062<br><br>**ORDER** |

　　　Upon the reassignment of this case:

　　　IT IS ORDERED:

　　　1)　　The non-jury trial of this case is set to commence before John M. Gerrard, United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on **February 25, 2014**, or as soon thereafter as the case may be called, for a duration of two (2) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one.

　　　2)　　The in-chambers conference set for 8:30 a.m. on the first day of trial is cancelled.

　　　August 7, 2013.

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge